**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Wintis K. Gibson, Jr. ) | Chapter 13 |
| Debtor(s) ) | Case 21-20004-GLT |
| ) | |
| Wintis K. Gibson, Jr., Debtor(s) ) | |

**CERTIFICATE OF SERVICE OF DECLARATION IN RE NOTICE OF MORTGAGE PAYMENT CHANGE**

   I certify under penalty of perjury that I have served a copy of the Debtors Declaration in re Notice of Mortgage payment Change filed with this proceeding on November 2, 2021,

   The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **FIRST CLASS US MAIL**

   If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail."

Service on the Trustee, Ronda Winnecour, and respondent(s) at (list the names and addresses here):

**Freedom Mortgage
c/o Mario Hanyon, Esq
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054**

Executed on November 2, 2021

                                               ___/s/Russell A. Burdelski, Esquire_
                                               R. Burdelski, Esquire
                                               Burdelski Law Offices
                                               1020 Perry Highway-
                                               Pittsburgh, PA 15237
                                               (412) 366 - 1511
                                               Russ@BurdelskiLaw.com
                                               PA I.D. # 72688

_____November 2, 2021_____DATE