IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Wintis K. Gibson, Jr. ) | |
| _____ ) | |
| IN RE: ) | |
| Wintis K. Gibson, Jr. ) | Case No.  21-20004-GLT |
|     Debtor/Movant ) | |
| v. ) | Hearing 3/09/22 @10:00am |
| Freedom Mortgage ) | |
|     Creditor/Respondent ) | Response Deadline 2/23/22 |
| ) | |
| Ronda Winnecour, ) | Chapter 13 |
|     Trustee ) | |

**CERTIFICATE OF NO OBJECTION**
**ON THE MOTION TO APPROVE THE TRIAL LOAN MODIFICATION ORDER**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on 2/03/22 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than ___2/24/22____ .


Wintis K. Gibson, Jr.
4449 Whitebush Street
Homestead, PA 15120

Freedom Mortgage
PO Box 50485
Indianapolis, IN 46250-0485

Ronda Winnecour
Chapter 13 Trustee, W.D. PA
Ste 3251, USX Tower
600 Grant Street
Pittsburgh, PA 15219

See attached matrix

DATE__February 24, 2022                    __/s/Russell A. Burdelski, Esquire_____
                                                                   R. Burdelski, Esquire PA I.D. # 72688
                                                                   Burdelski Law Offices
                                                                   1020 Perry Highway
                                                                   Pittsburgh, PA 15237
                                                                   (412) 366-1511
                                                                   Russ@BurdelskiLaw.com