FILED
2/25/22 4:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Wintis K. Gibson, Jr. ) | |
| _____ ) | |
| IN RE: ) | |
| Wintis K. Gibson, Jr. ) | Case No. 21-20004-GLT |
|     Debtor/Movant ) | |
| v. ) | |
| Freedom Mortgage ) | Related Dkt. No. 59 |
|     Creditor/Respondent ) | |
| ) | |
| Ronda Winnecour, ) | Chapter 13 |
|     Trustee ) | |

## ORDER APPROVING INTERIM NON-LMP
## TRIAL LOAN MODIFICATION

*AND NOW,* this __25th__ day of February 2022, for the foregoing reasons it is hereby

***ORDERED***, ***ADJUDGED and DECREED*** that:

(1)   The Chapter 13 Trustee is authorized to modify the distribution to the above named Creditor for the Trial Modification Period. Each Trial Payment shall be to the mortgage company by the Trustee in the amount of $822.71 henceforth till further Order of this Court. The Trustee shall distribute to Freedom Mortgage in the amount of $822.71 per month for the following months: **1/2022, 2/2022, 3/2022**. Following the Trial Modification Period, the Chapter 13 Trustee shall continue to make distributions in the same amount as the Trial Payments until further Order of Court. In the event that a Permanent Modification is reached between the parties, the Debtor ***immediately*** shall file a *Motion to Authorize Loan Modification* in compliance with *W.PA.LBR 9020-6(d)*.

By The Court,

_____
United States Bankruptcy Judge

Dated: 2/25/22
default entry

Russ@BurdelskiLaw.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20004-GLT |
| Wintis K. Gibson, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 25, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wintis K. Gibson, Jr., 4449 Whitebush Street, Homestead, PA 15120-1220 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2022         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2      User: auto      Page 2 of 2

Date Rcvd: Feb 25, 2022      Form ID: pdf900      Total Noticed: 1

cmecf@chapter13trusteewdpa.com

Russell A. Burdelski

on behalf of Debtor Wintis K. Gibson Jr. Russ@BurdelskiLaw.com, russ.burdelski@gmail.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 8