UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Wintis K. Gibson, Jr.** ) | **BK** Case No. 21-20004-GLT |
| ) | Chapter 13 |
| Debtor, ) | Filed Under Local Rule |
| ) | 9013.4 6(b) |
| **Wintis K. Gibson, Jr.** ) | RAB-1 |
| Debtor/Plaintiff ) | Hearing Date _5/18/22@_10:00am |
| ) | |
| ) | Response Due 4/01/22 |
| FREEDOM MORTGAGE ) | |
| Creditor/Defendant ) | |
| ) | |
| Ronda Winnecour ) | |
| Trustee ) | |

## CERTIFICATE OF NO OBJECTION
## ON THE MOTION TO APPROVE NON-LMP TRIAL LOAN MODIFICATION ORDER

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on  3/15/22___ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than 4/01/22____.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

BURDELSKI LAW OFFICES

DATE__4/12/22                __/s/Russell A. Burdelski, Esquire_____
R. Burdelski, Esquire PA I.D. # 72688
Burdelski Law Offices
1020 Perry Highway
Pittsburgh, PA 15237
(412) 366-1511
Russ@BurdelskiLaw.com