FILED
4/13/22 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Wintis K. Gibson, Jr. ) | |
| _____ ) | |
| IN RE: ) | |
| Wintis K. Gibson, Jr. ) | Case No. 21-20004-GLT |
|     Debtor/Movant ) | Hearing Date 5/18/22 @10:00am |
| v. ) | |
| Freedom Mortgage ) | |
|     Creditor/Respondent ) | Related dkt. No. 68 |
| ) | |
| Ronda Winnecour, ) | Chapter 13 |
|     Trustee ) | Response Deadline: 4/01/22 |

DEFAULT

**ORDER APPROVING PERMANENT NON-LMP LOAN MODIFICATION**

**AND NOW**, this __13TH__ day of __April__, 20__22__, upon Consideration of the Debtor, Wintis K. Gibson, Jr.'s **Motion to Approve Permanent Non-LMP Loan Modification**, after notice and opportunity to be heard via Zoom Video Conference hearing, on 5/18/22, this date,

It is hereby **ORDERED, ADJUDGED, AND DECREED** THAT:

The Permanent Loan Modification is approved regarding the first mortgage on premises located at 4449 Whitebush Street, Homestead, PA 15120.

Prepared by: __Russell Burdelski, Esq.__

**DEFAULT ENTRY**

Dated: April 13, 2022

_____
Gregory Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20004-GLT |
| Wintis K. Gibson, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

**Recip ID        Recipient Name and Address**
db              + Wintis K. Gibson, Jr., 4449 Whitebush Street, Homestead, PA 15120-1220

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:**

**Name**    **Email Address**

Jeffrey R. Hunt
  on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
  on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com

Mario J. Hanyon
  on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
  mario.hanyon@brockandscott.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
         on behalf of Debtor Wintis K. Gibson Jr. Russ@BurdelskiLaw.com, russ.burdelski@gmail.com

S. James Wallace
         on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 8