**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re, | ) | Case No. 21-20004-GLT |
| Wintis Gibson, | ) | Filed under |
|     Debtor/movant | ) | 11 USC 362(c)(3) |
| v.       . | ) | Chapter 13 |
| | ) | Hearing date 12/14/22 @ 10:00am |
| Ronda Winnecour | ) | |
|     Trustee/respondent | ) | Response Deadline 11/25/22 |

**CERTIFICATE OF NO OBJECTION**
**ON THE DEBTOR'S MOTION TO DISMISS CASE**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on 11/08/22__ has been received. The undersigned further certifies that the Court's docket in this case has been /reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon. Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than _11/25/22___.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

                                  Respectfully submitted,

DATE  11/26/22

                                  Respectfully submitted,
                                  BURDELSKI LAW OFFICES
                                  __/s/Russell A. Burdelski, Esquire_____
                                  R. Burdelski, Esquire
                                  1020 Perry Highway
                                  Pittsburgh, PA 15237
                                  (412) 366-1511
                                  PA I.D. # 72688
                                  Russ@BurdelskiLaw.com