**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WINTIS K. GIBSON, JR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:21-20004 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/02/2021 and confirmed on 02/22/2021 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 28,010.79 |
| Less Refunds to Debtor | 5.00 | | |
| TOTAL AMOUNT OF PLAN FUND | | | 28,005.79 |
| | | | |
| Administrative Fees | | | |
| Filing Fee | 0.00 | | |
| Notice Fee | 0.00 | | |
| Attorney Fee | 5,186.45 | | |
| Trustee Fee | 1,025.55 | | |
| Court Ordered Automotive Insurance | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | 6,212.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| FREEDOM MORTGAGE CORPORATION<br>Acct: 3772 | 9,036.18 | 9,036.18 | 0.00 | 9,036.18 |
| FREEDOM MORTGAGE CORPORATION<br>Acct: 3772 | 0.00 | 3,004.46 | 0.00 | 3,004.46 |
| FREEDOM MORTGAGE CORPORATION<br>Acct: 3772 | 0.00 | 5,239.55 | 0.00 | 5,239.55 |
| FREEDOM MORTGAGE CORPORATION<br>Acct: 3772 | 2,463.95 | 2,463.95 | 0.00 | 2,463.95 |
| | | | | 19,744.14 |
| Priority | | | | |
| RUSSELL A. BURDELSKI<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WINTIS K. GIBSON, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WINTIS K. GIBSON, JR.<br>Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
| RUSSELL A. BURDELSKI<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1/21 | 623.50 | 623.50 | 0.00 | 0.00 |

| 21-20004 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| RUSSELL A. BURDELSKI | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RUSSELL A. BURDELSKI | 1,950.50 | 562.95 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX8/22 | | | | |
| CITY AND SCHOOL DISTRICT OF PITTSBU | 3,923.70 | 2,049.65 | 0.00 | 2,049.65 |
| Acct: 5102 | | | | |
| | | | | 2,049.65 |

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| ASCENDIUM EDUCATION SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5102 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7481 | | | | |
| ELAN FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3766 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 701.85 | 0.00 | 0.00 | 0.00 |
| Acct: 0820 | | | | |
| SYNCHRONY BANK | 408.06 | 0.00 | 0.00 | 0.00 |
| Acct: 1696 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 142.89 | 0.00 | 0.00 | 0.00 |
| Acct: 0425 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 505.41 | 0.00 | 0.00 | 0.00 |
| Acct: 0578 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1696 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SEVERIA HERRINGTON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 21,793.79 |

TOTAL CLAIMED
PRIORITY            3,923.70
SECURED            11,500.13
UNSECURED           1.758.21

Date: 01/11/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com